[No. 17885-4-III.    Division Three.    August 31, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN SYKARIE ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01060-7, Tari S. Eitzen, J., entered September 9, 1998. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 41440-2-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAR BOVAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02966-8, Donald D. Haley, J., entered September 22, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 17075-6-III.    Division Three.    September 2, 1999.]

MARK C. RUBIN, ET AL., *Respondents*, v. HARVEY G. MOYS, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 27044, Philip Faris, J. Pro Tem., entered October 31, 1997. *Reversed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 17581-2-III.    Division Three.    September 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAREN ALLEN SUITER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02660-2, Tari S. Eitzen and Salvatore F. Cozza, JJ., entered March 26 and June 9, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.